NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CY TECHNOLOGY GROUP, LLC and MOBGOB, LLC,**
*Plaintiffs/Counterclaim
Defendants-Appellants,*

*and*

**RICHARD YOON, SCOTT CHUNG and TED CHUNG,**
*Third-Party Defendants-Appellees,*

**v.**

**GROUPON, INC.,**
*Defendant/Counterclaim/Third Party Plaintiff-Cross
Appellant.*

2011-1568,-1598

Appeal from the United States District Court for the Central District of California in Case No. 10-CV-7287, Senior Judge Mariana R. Pfaelzer.

# JUDGMENT

—————————

ALEXANDER C.D. GIZA, Russ August & Kabat, of Los Angeles, California, argued for plaintiffs/counterclaim defendants-appellants and third party defendants-appellees. With him on the brief were MARC A. FENSTER and ANDREW D. WEISS.

DAVID B. ABEL, DLA Piper LLP (US), of Los Angeles, California, argued for defendant/counterclaimant/third party plaintiff-cross appellant. With him on the brief was PATRICK S. PARK.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, PROST, and O'MALLEY, *Circuit Judges*).

## AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

July 13, 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk